IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAMER, | No. CIV S-07-1902-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to stay or for an extension of time (Doc. 10), filed on January 30, 2008.

On January 11, 2008, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file an amended complaint within 30 days. Plaintiff now seeks an order staying this action or a 90-day extension of that deadline. Good cause appearing therefor, the request for additional time will be granted. Plaintiff is warned that failure to comply with the court's January 11, 2008 order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file an amended complaint within 90 days of the date of service of this order.

DATED: February 1, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2