IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE PAMER,                                  No. CIV S-07-1902-MCE-CMK-P

        Plaintiff,

   vs.                                                         ORDER

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for an extension of time (Doc. 16).

        On October 9, 2008, the court dismissed plaintiff's amended complaint with leave to file a second amend complaint within 30 days.  Plaintiff is requesting an additional 120 days to file his second amended complaint.  Plaintiff indicates he needs the additional time due to being housed in administrative segregation.  However, on December 1, 2008, the court received his second amended complaint.[1]  It appears that plaintiff has either been released from administrative

---

[1] Plaintiff's second amended complaint will be addressed by separate order.

1

segregation or he has managed to complete his second amended complaint during his time in administrative segregation. Either way, plaintiff is no longer in need of the additional time requested to file his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (Doc. 16) is denied as moot.

DATED: December 9, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE