IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE PAMER,                   No. CIV S-07-1902-MCE-CMK-P

       Plaintiff,

  vs.                                     <u>ORDER</u>

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 24, 2009, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendants Piazza and Spack were returned unexecuted because "per facility - not employed" and "per DCD locator, not in database."  In addition, process directed to defendant Kopec was returned unexecuted because "retired-military-overseas."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect service is obtained, plaintiff shall notify the court

1 whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.
2 Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved
3 defendants.  See Fed. R. Civ. P. 4(m).
4         Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
5 additional information sufficient to effect service on any unserved defendants and notify the court
6 once such information is ascertained.

 DATED: June 8, 2009

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE